UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )    Case No. MJ09-53 BAT
                          )
      v.                  )
                          )    **DETENTION ORDER**
KHRISTINA HAAG,           )
                          )
            Defendant.    )
                          )

Offense charged:

   Social Security Fraud

   Aggravated Identity Fraud

Date of Detention Hearing: March 19, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The government has proffered that Ms. Haag is in the middle of a larger investigation including a homicide. According to the Government, after Ms. Haag's arrest, family members

DETENTION ORDER -1

removed evidence from her residence. The government contends this constitutes obstruction of justice. The government also indicated that there was a recent homicide in which Ms. Haag had contact with both the victim and suspect. The government proffered not only concerns about Ms. Haag's involvement in these matters but also concerns about her own personal safety.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 19th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2